**Order entered October 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00687-CV

## MICHAEL R. REDLICH, Appellant

## V.

## BRENDA MIZE, Appellee

**On Appeal from the County Court at Law No. 1
Grayson County, Texas
Trial Court Cause No. 2016-1-038CV**

## ORDER

We **GRANT** appellant's October 4, 2016 third motion for continuance to file his brief.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** from the date of this order. No further extensions will be granted absent extenuating circumstances.

/s/ CRAIG STODDART
   JUSTICE